AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV

2009 JUN 15 PM 12: 22

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Timothy Laron Fletcher | ) | Case No: CR197-00028-006 |
| | ) | USM No: 09572-021 |
| Date of Previous Judgment: January 16, 1998 | ) | John L. Creson |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __262__ months **is reduced to** __216__ months.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 | |
| Criminal History Category: | II | Criminal History Category: | II | |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS
The Court has considered the facts of this case and all relevant provisions of 18 U.S.C. § 3553(a), specifically deterrence, punishment, and the need to protect the community when determining that imposition of the statutorily required term of life imprisonment was appropriate sentence in this case.

Except as provided above, all provisions of the judgment dated __January 16, 1998,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _June 15, 2009_

Judge's signature

Effective Date: _____
(if different from order date)

Dudley H. Bowen, Jr.
United States District Judge
Printed name and title